Jonathan Mark Levitan (BAR NO. 106798)
LAW OFFICES OF JONATHAN MARK LEVITAN
12400 Wilshire Boulevard, Suite 1300
Los Angeles, California 90025
Telephone Number: 310.979.9240
Facsimile Number: 310.494-0068
E-mail: jonathanlevitan@aol.com

LINCOLN D. BANDLOW (SBN 170449)
lbandlow@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone: (310) 789-4600
Fax: (310) 789-4601

Attorneys for Plaintiff Private Chefs, Inc

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Private Chefs, Inc<br><br>    Plaintiff,<br><br>vs.<br><br>Food Network, Inc., a business entity type unknown, Scripps Networks, LLC, a Delaware Limited Liability Company, Scripps Network Interactive Inc., a business entity, type unknown, Target Entertainment Group,<br><br>    Defendants. | CASE NO. CV 106159 CBM (Ssx)<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT AND ALL PARTIES**

      Please take notice that this Action has been resolved as to all causes of action and all parties.  Plaintiff anticipates filing a Stipulation for Dismissal (with prejudice) within 60 days.

DATED: October 18, 2010

      LAW OFFICES OF JONATHAN MARK LEVITAN
      and
      LATHROP & GAGE LLP
      Attorneys for Plaintiff